AO 106 (Rev. 04/10) Application for a Search Warrant (Modified: WAWD 10-26-18)

# UNITED STATES DISTRICT COURT
### for the
Western District of Washington

|  |  |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>The Target META Account,<br>described in Attachment A | )<br>)<br>)<br>)<br>) |

Case No.  MJ23-552

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A, incorporated herein by reference

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), 846 | Drug Trafficking, Conspiracy |
| 18 USC 1956 | Money Laundering |

The application is based on these facts:

✓   See Affidavit of DEA Special Agent Jacob Molinar, continued on the attached sheet.

☑ Delayed notice of  90  days (give exact ending date if more than 30 days: _02/13/2024_   is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or: ☐ telephonically recorded.

_____
*Applicant's signature*

Jacob B. Molinar, Special Agent (DEA)
*Printed name and title*

○ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date:  _11/15/2023_

_____
*Judge's signature*

City and state:  Seattle, Washington

S. Kate Vaughan, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF JACOB MOLINAR

STATE OF WASHINGTON )
                    )    ss
COUNTY OF KING      )

I, JACOB MOLINAR, a Special Agent with the Drug Enforcement Agency (DEA), having been duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am employed as a Special Agent with the United States Drug Enforcement Administration ("DEA"), and have been so employed since March of 2021. Accordingly, I am an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code. I am currently assigned to the Seattle Field Division. In this capacity, I investigate violations of the Controlled Substances Act, Title 21, United States Code, Section 801 *et seq.*, and related offenses. I have received specialized training in the enforcement and investigation of the Controlled Substances Act. I have received over 620 hours of training, including, but not limited to, drug identification, drug interdiction, detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and/or organizations involved in the illegal possession, possession for sale, sales, importation, smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances. In my role as a Special Agent, I have been involved in investigations of individuals who have smuggled, received, and distributed controlled substances, including heroin, fentanyl, cocaine, and methamphetamine, as well as the seizure of illegal narcotics and proceeds of the sale of those narcotics. Furthermore, I am familiar with how drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing drugs, their use of communication devices (cellular telephones, cellphone applications, etc.) to facilitate their illegal efforts, their use of social media platforms to facilitate and/or

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  discuss illegal drug transactions, and their use of numerical codes and code words to
2  conduct their illegal transactions.

3      2.    I have familiarized myself with various tactics, tools, methods, trends,
4  paraphernalia, and related articles utilized by various narcotics traffickers in their efforts
5  to import, export, conceal, and distribute controlled substances. I am also familiar with
6  the manner in which drug traffickers use telephones, often cellular telephones, to conduct
7  their unlawful operations, and how they code their conversations to disguise their
8  unlawful activities. I am also fluent in Spanish, as it is my first language, and am familiar
9  with various Spanish terms used in drug conversations. This is an advantage when
10 investigating narcotics traffickers who primarily speak and communicate among each
11 other in Spanish. I continue to refine my knowledge in the Spanish lingo used by drug
12 traffickers based on the region they are from.

13     3.    I have participated in the debriefing of defendants, witnesses, and
14 informants, during which time I have discussed with them their methods of drug
15 smuggling, distribution, packaging, trafficking, avoiding law enforcement, and
16 laundering proceeds, among other concerns related to drug trafficking. I have discussed
17 and learned from other law enforcement investigators regarding these matters as well.

18     4.    I make this affidavit in support of an application for a search warrant for
19 information associated with Instagram handle "633419_5.7", and Account Identifier
20 5314869686 (**Target Account**) that is stored at premises owned, maintained, controlled,
21 or operated by Meta Platforms, Inc. ("Meta"), an electronic communications service
22 and/or remote computing service provider headquartered at 1601 Willow Road in Menlo
23 Park, California. The information to be searched is described in the following paragraphs
24 and in Attachment A. This affidavit is made in support of an application for a search
25 warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to
26 disclose to the government copies of the information (including the content of
27 communications) further described in Section I of Attachment B. Upon receipt of the

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  information described in Section I of Attachment B, government-authorized persons will

2  review that information to locate the items described in Section II of Attachment B.

3       5.     The facts set forth in this affidavit are based on my own personal

4  knowledge; knowledge obtained from other individuals during my participation in this

5  investigation, including other experienced narcotics investigators and law enforcement

6  officers; review of documents and records related to this investigation; communications

7  with others who have personal knowledge of the events and circumstances described

8  herein; and information gained through my training and experience. Because this

9  affidavit is submitted for the limited purpose of establishing probable cause in support of

10  the application for a search warrant, it does not set forth every fact that I or others have

11  learned during this investigation.

12       6.     Based on my training and experience and the facts as set forth in this

13  affidavit, there is probable cause to believe that Damian PINA-RAYMUNDO and other

14  members of the Jay Thrax drug trafficking organization (DTO) have committed, are

15  committing, and will continue to commit violations of 21 U.S.C. §§ 841(a)(1) and 846

16  (drug trafficking, conspiracy) and 18 U.S.C. § 1956 (money laundering). There is

17  probable cause to believe that PINA-RAYMUNDO is the user of the **Target Account**

18  and is using his linked Instagram account(s) to commit those crimes. There is also

19  probable cause to search the information described in Attachment A for evidence and

20  instrumentalities of these crimes as further described in Attachment B.

21  <u>**JURISDICTION**</u>

22       7.     This Court has jurisdiction to issue the requested warrant because it is "a

23  court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a),

24  (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . .

25  that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

26

27

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## SUMMARY OF INVESTIGATION & SOURCES OF INFORMATION

8.     I participated in the investigation described in this affidavit since December 2022. I obtained the facts set forth in this affidavit through personal participation in the investigation described below, from oral and written reports of other law enforcement officers, from records, documents and other evidence obtained during this investigation, and from confidential sources and sources of information who are associated with, and knowledgeable about, the subjects of this investigation and their confederates. I have obtained and read official reports prepared by various law enforcement officers participating in this investigation and in the other related investigations by agencies referenced in this affidavit.

9.     When this affidavit refers to vehicle ownership, either I or other agents[1] involved in the investigation reviewed the relevant state vehicle records from the Washington State Department of Licensing (DOL), or the equivalent agency in other states. Similarly, when this affidavit refers to identification documents, either I or other agents involved in the investigation reviewed the relevant driver's license or similar records maintained by DOL, or the equivalent agencies in other states. When this affidavit refers to the criminal history of a subject, either I or other agents involved in the investigation reviewed the available criminal history from state or federal agencies. When this affidavit refers to telephone subscription records, either I or other agents involved in the investigation reviewed the subscriber records obtained from the telephone company by administrative subpoena or court order, or I obtained the information from other law enforcement officers familiar with this investigation. When this affidavit refers to telephone toll records, either I or other agents involved in the investigation received the

---

[1] When I use the term "agents" or "investigators" throughout the affidavit, I am referring to law enforcement personnel, including, but not limited to DEA and FBI agents and task force officers, Seattle Police Department sergeants, detectives, and officers; and Snohomish Regional Drug and Gang Task Force agents, as well as personnel associated with other state and federal law enforcement agencies.

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    information from the telephone company pursuant to an administrative subpoena or court

2    authorized pen registers. When this affidavit refers to beliefs or conclusions of

3    investigators, these beliefs and conclusions are based on the collective training and

4    experience of the agents involved in this investigation.

5        10.    Since this affidavit is submitted for the limited purpose of securing

6    authorization for search warrants on the above listed social media account, I have not

7    included every fact known concerning this investigation. I have set forth the facts that I

8    believe are necessary for a fair determination of probable cause for the requested search

9    warrants.

10                            **THE INVESTIGATION**

11   December 2022 Investigation of Mohamed MUSE

12       11.    The United States, including the Drug Enforcement Administration, is

13   investigating the drug distribution activities of the Jay Thrax DTO and its members,

14   which investigators believe include Hector Jacobo Duran ALDACO, Enrique PINA-

15   RAYMUNDO, Francisco PINA RAYMUNDO, Damian PINA-RAYMUNDO, Brian

16   LOPEZ, Jonnatan CISNEROS, Juan David CARMONA TOVAR and any associates

17   known and unknown regarding possible violations of 21 U.S.C. § 841(a)(1) (Distribution

18   of a Controlled Substance, Possession of a Controlled Substance with Intent to

19   Distribute); 21 U.S.C. §§ 841(a)(1) and 846 (Conspiracy to Distribute, and to Possess

20   with the Intent to Distribute, Controlled Substances); 18 U.S.C. § 924(c) (Possessing a

21   Firearm in Furtherance of a Drug Trafficking Offense).

22       12.    In December 2022, a Confidential Source 1[2] (Hereinafter referred to as

23   CS1) provided information to the DEA and FBI investigators regarding an individual,

24   ――――――――――――――――――――

25   [2] CS1 has been a confidential source with the Seattle Police Department (SPD) since fall of 2007. CS1 was a confidential source
     for the FBI from summer of 2014 to spring of 2015. CS1 was not closed for cause by the FBI, and the FBI re-activated CS1 as a

26   source as of January 2023. CS1 has provided credible and reliable information in the past on other narcotics, firearms, and gang
     investigations, which has been corroborated by physical surveillance and independent source reporting and led to numerous

27   federal arrests and search warrant executions. CS1 has gross misdemeanor or misdemeanor convictions, all from over six years
     ago, for criminal trespass, criminal impersonation, drug possession solicitation (providing false information on a prescription),

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

known as "A-town" who was later identified as Mohamed MUSE. CS1 confirmed MUSE
was "A-town" when investigators showed CS1 a driver's license photo of MUSE. CS1
informed investigators that MUSE was a narcotics dealer and often carried a firearm. CS1
also provided investigators with a telephone number (TT1) for MUSE.

13.     During the investigation into MUSE, between late December 2022 and
early January 2023, agents determined he was associated with two locations, 23420 91st
Ave S. Apt 303, Kent, WA 98031 (hereinafter "Premises #1"), and 19802 48th Ave West,
Building "O," Apt. 2, Lynwood, WA 98036 (hereinafter "Premises #2"). Based on
surveillance, agents believed that MUSE was using both Premises #1 and #2 to further
his drug trafficking activities. Investigators also determined that MUSE was associated
with a black Dodge Challenger [Temporary Washington State License plate A5084786]
(hereinafter "Vehicle #1"). Investigators believed that MUSE conducted multiple hand-
to-hand transactions while in Vehicle #1. On January 30, 2023, The Honorable John L.
Weinberg, United States Magistrate Judge, signed Search Warrants for Premises #1,
Vehicle #1, and for Mohamed MUSE'S person. On February 1, 2023, The Honorable
Mary Alice Theiler, United States Magistrate Judge, signed a search warrant for Premises
#2.

14.     On February 2, 2023, Investigators executed warrants on Premises #1 and
#2. MUSE was taken into custody during the search of Premises #2. During the search of
Premises #2 investigators found approximately 364.2 grams of a white powdery
substance, which was later field tested and found positive for cocaine. Investigators also
found approximately 293.2 grams of blue pills stamped with M and 30, which were later
field tested and found positive for fentanyl. The narcotics were located in the closet of the
sole bedroom of the apartment. Investigators also found two loaded firearms in a

driving with suspended license, and violation of the Uniform Controlled Substances Act. CS1 is a paid informant, is not working
off a charge, and is not willing to testify in court in connection with this investigation.

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  backpack on the floor of the bedroom. Investigators found a third unloaded firearm in a

2  cupboard in the kitchen. As discussed in detail below, when MUSE spoke with agents, he

3  told agents that the contents of the bedroom belonged to him, specifically taking

4  ownership of the narcotics and firearms recovered.

5       15.    A short time before investigators executed the search warrant on Premises

6  #1, at approximately 2:00 a.m., investigators observed a heavy-set Hispanic male, later

7  identified as Brian LOPEZ, exit Premises #1 at the same time a dark sedan drove into the

8  parking lot. LOPEZ and the vehicle appeared to meet in an area outside my view for a

9  short time, then LOPEZ returned to Premises #1 and the sedan departed. At

10  approximately 2:45 a.m., investigators observed the same type of interaction involving

11  LOPEZ with a different vehicle. Investigators then observed someone in Premises #1

12  looking out the window at the vehicle where investigators were sitting, which was an

13  unmarked unit. Investigators moved the vehicle around the corner and out of sight of

14  Premises #1, then got out on foot and observed the entrance for Premises #1 from cover.

15  Investigators observed LOPEZ and another Hispanic male exit from the stairwell that

16  leads to Premises #1 and walk in the direction of the investigator's unmarked vehicle.

17  Investigators remained hidden and observed the individuals approach the vehicle in such

18  a way as to remain hidden from any potential occupants of the unmarked vehicle, crouch

19  and close alongside the vehicle. Investigators then observed LOPEZ look into the

20  unmarked vehicle, which had no one inside. Investigators heard LOPEZ strike the rear

21  passenger side tire twice and then heard air escaping. Investigators then observed LOPEZ

22  and the other Hispanic male return in the direction of Premises #1. A few minutes later,

23  an investigator observed a dark sedan speeding out of the parking lot.

24       16.    After investigators observed the dark sedan exit the parking lot,

25  investigators executed the warrant at Premises #1. Inside Premises #1, investigators

26  found a safe in a bag in the living room. The safe contained approximately 1,194.8 grams

27  of a white powdery substance wrapped in blue tape with "CHU" written in black marker.

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The substance was later field tested and tested positive for cocaine. Also, within the safe were several documents with the name "Mohamed MUSE", including official court documents. Investigators found approximately four ounces of a white powdery substance in a drawer in the bathroom which was later field tested and tested positive for cocaine as well as 326.1 grams of suspected Xanax pills.

17.     Investigators believe that after LOPEZ and the other unidentified Hispanic male that approached the investigators unmarked vehicle, they re-entered Premises #1 and removed narcotics from Premises #1 before leaving the apartment complex.

Interview of Mohamad MUSE

18.     After the execution of both warrants, investigators read MUSE his Miranda rights and MUSE agreed to waive his rights and speak with investigators.[3] During this interview, MUSE stated that the narcotics found in the safe at Premises #1 were his, but nothing outside of the safe. MUSE also stated that the narcotics and firearms at Premises #2 were his.

19.     MUSE provided information on the source of supply for his narcotics and gave investigators the password to his cellphone (hereinafter "TT1")[4] which had numerous conversations with various individuals relating to narcotics trafficking. MUSE stated that he had lived at Premises #1 starting in the summer of 2022. MUSE stated that he recently moved out of Premises #1 because his roommates, who were his sources of supply, were keeping large amounts of drugs in Premises #1 and selling narcotics directly from Premises #1. MUSE stated that he did not like the risks associated with selling that

---

[3] MUSE, who was subsequently charged by complaint, did not receive and was not promised any benefit for providing this information to agents. MUSE was expressly advised by agents that they could not make any promises. Agents believe, however, that MUSE provided the information in hopes of receiving leniency for any charges and sentencing stemming from the arrest. Agents conducted a criminal history check for MUSE, which showed he had three Washington state felony convictions for Manufacturing/Delivering amphetamine/methamphetamine (2017), malicious mischief (2008), and assault in the third degree (2008). MUSE also had three Washington state non-felony convictions for reckless driving and domestic violence violations of no contact orders.

[4] TT1 was the same number provided by CS1 at the beginning of the investigation.

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   quantity of narcotics, so he moved to Premises #2. During the interview, MUSE indicated

2   that he thought that investigators had arrested other individuals and seized narcotics at

3   Premises #1 and stated that the kilogram of cocaine seized in the safe at Premises #1 was

4   his, but nothing else in Premises #1. MUSE told investigators that he had seen as many as

5   300,000 fentanyl pills, several pounds of methamphetamine, and 10 or 12 kilograms of

6   cocaine at one point in Premises #1. MUSE told investigators that his roommates

7   received deliveries every week and that the deliveries were made in rental cars and

8   picked up in California. MUSE also said that he purchased the fentanyl pills for $0.50 per

9   pill. MUSE told investigators that he had observed the roommates carrying firearms.

10   Investigators asked MUSE about the yellow Volkswagen with Utah license plate F562KJ

11   which was referenced above and observed by investigators being utilized by MUSE and

12   LOPEZ in the suspected distribution of narcotics. MUSE stated that the vehicle was at

13   "their" [MUSE'S roommates] father's house being repaired.

14        20.    MUSE stated that the individual in charge of Premises #1 was known as

15   "Lil Moggis" but was also known to MUSE as "Brian." MUSE showed investigators a

16   snapchat video on TT1 from his snapchat account taken in the area of South Holgate

17   Street and Airport Way South. Investigators identified this individual as the same

18   individual observed entering and exiting Premises #1 and slashing the tire of the

19   unmarked surveillance vehicle as referenced above. MUSE identified him as "Lil

20   Moggis." Investigators later identified this individual as Brian LOPEZ based on renter

21   documents for Premises #1 and LOPEZ'S driver's license photo. MUSE also showed

22   investigators text message conversations on WhatsApp with a phone number 206-830-

23   8504 (TT2) which was saved in TT1 as "Lil Moggis." MUSE confirmed that this was the

24   number he used to communicate with "Lil Moggis"/"Brian."

25        21.    MUSE informed investigators that the individual who was in charge of the

26   entire operation and who brought MUSE into the narcotics operation was known to him

27   only as "Jay Thrax." MUSE said he met "Jay Thrax" in the summer of 2022, moving into

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Premise #1 shortly after. Investigators believed that Jay Thrax was an alias and it was not until later that they identified his real name as DURAN ALDACO According to MUSE, Jay Thrax oversaw the entire narcotics operation and told them what to do. MUSE stated that Jay Thrax received the narcotics from a Mexican based source of supply. MUSE showed investigators the Snapchat account "J.thaxio" with a display name of "JThrax" on TT1's Snapchat account.

22.     The same day investigators executed the search warrants on Premises #1 and #2, 209-875-4167 (A phone number believed to be used by Hector Jacobo DURAN ALDACO, hereinafter referred to as TT4) called MUSE at TT1 twice, once at 3:54 a.m. and again at 4:33 a.m. Both calls occurred after the search warrant team had made entry into the locations and MUSE and TT1 were in law enforcement custody. Immediately following the last call, at 4:34 a.m., TT4 texted MUSE, using TT1: "Yo spot got door kick down nothing was there but your safe call me when u see this" followed by "Nobody was inside." I believe, based on what was recovered during the execution of the search that DURAN ALDACO was referencing MUSE's safe containing narcotics recovered from Premises #2.

23.     Investigators believe that DURAN ALDACO is the leader of the Jay Thrax DTO and was supplying MUSE with narcotics. Investigators further believe that Premises #1 was a stash house that stored large amounts of different narcotics for the Jay Thrax DTO. Investigators also believe that LOPEZ was the individual in charge of safekeeping Premises #1, and that LOPEZ continues to associate with and assist the Jay Thrax DTO with the trafficking of narcotics, as further described below.

24.     Following MUSE's conversation with investigators, he was placed under arrest for Possession of Controlled Substances with Intent to Distribute. On March 1, 2023, MUSE was indicted on two counts of Possession of Controlled Substances with Intent to Deliver, and one count of Possession of a Firearm in Furtherance of a Drug Trafficking Crime in the Western District of Washington.

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

25.     Shortly after the execution of Premises #1, investigators learned that LOPEZ called the apartment management office on a recorded line. In the recording, LOPEZ stated he was not involved with the narcotics that were found in Premises #1, but that he did not want to return to Premises #1. LOPEZ stated, "I'm not somebody that's big. I'm pretty much a nobody."

26.     On February 10, 2023, investigators observed LOPEZ return and access Premises #1 along with several other individuals. LOPEZ told the property management team that these individuals were family to help him clear Premises #1 of his personal property.

Controlled Purchase conducted on June 27, 2023

27.     On June 27, 2023, SPD conducted a controlled purchase of one pound of methamphetamine and 1,000 rainbow colored fentanyl pills from a suspect later identified as Sigifredo Quiroz ESPINOZA. ESPINOZA met with CS6 at a predetermined location. When ESPINOZA arrived, he did not have the narcotics with him. An individual, later identified as Enrique PINA-RAYMUNDO from surveillance photos, driving a black Cadillac Escalade arrived, retrieved a bag from the back seat of the vehicle, and met with ESPINOZA in the parking lot. Enrique PINA-RAYMUNDO gave the bag to ESPINOZA, which ESPINOZA later gave to CS6. The bag contained the purchased narcotics, one pound of methamphetamine and 1,000 rainbow colored fentanyl pills.

28.     SPD detectives followed Enrique PINA-RAYMUNDO from the location of the narcotics transactions to Premises #3, believed to be the residence of Brian LOPEZ after the deal. After Enrique PINA-RAYMUNDO left Premises #3, investigators followed him to his home at 18225 SE 416th Street, Enumclaw, WA.

29.     CS6 is known by law enforcement to have been previously involved in the selling of narcotics. CS6 is not being paid in this investigation and CS6 understands that he/she must provide only truthful information to law enforcement investigators, and

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 11

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    further understands that failure to do so, or providing false information, will lead to

2    referral of felony drug charges stemming from a Violation of the Uniform Controlled

3    Substance Act ("VUCSA") – Delivery and a VUCSA – PWI arrest. CS6 is receiving

4    consideration with respect to the possible referral on those charges in exchange for

5    his/her cooperation with law enforcement in this investigation. To my knowledge, CS6

6    has never given false information, and the information he/she has provided has been

7    corroborated where possible. CS6 has no prior convictions or arrests. CS6 is not willing

8    to testify in connection with this case.

9        30.    On February 6, 2023, investigators learned that TT4 was intercepted on a

10    California state T-III investigation. Los Angeles County Sheriff Department (LACSD)

11    confirmed that on January 10, 2023, TT4 was intercepted 16 times. LACSD confirmed that

12    the content of those calls was consistent with the user of TT4, DURAN ALDACO,

13    arranging to meet Manuel SOLORIO on January 10, 2023. SOLORIO was the target of

14    this California state T-III investigation. The following day, California investigators

15    arrested SOLORIO with his source of supply, and recovered large quantities of narcotics

16    to include several kilograms of fentanyl powder, cocaine, and several dozen pounds of

17    methamphetamine. LACSD believed that the meeting between SOLORIO and DURAN

18    ALDACO was for SOLORIO to supply DURAN ALDACO with narcotics based on the

19    intercepts from the T-III investigation.

20    Arrest of Maruicio Romero MARIA

21        31.    On March 7, 2023, agents with the FBI, DEA, and Seattle Police

22    Department executed federal search warrants for the residence, vehicle, and person of an

23    individual who later became a Cooperating Defendant (hereinafter referred to as CD1).[5]

24

25    [5] CD1 who was subsequently charged by complaint, did not receive and was not promised any benefits for providing this information to agents. CD was expressly advised by agents that they could not make any promises. Agents believe; however, CD1 provided the information in the hopes of receiving leniency for any charges and sentencing stemming from the arrest.

26    Agents conducted a criminal history check for CD1, which showed he has three federal felony convictions for possession of cocaine base in the form of crack cocaine with intent to distribute, possession of cocaine with intent to distribute, and felon in possession of a firearm (2008), numerous federal probation violations with supervised release terminating in or around

27    2018, six state felonies for unlawful possession of a firearm in the second degree (1996, 2003), robbery in the second degree

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Investigators located a variety of suspected narcotics that field tested positive for

2  fentanyl, cocaine (some substances tested positive for a mixture of cocaine and fentanyl

3  powder), a mixture or substance containing a detectable amount of methamphetamine, a

4  loaded semi-automatic pistol, two cell phones, and a wallet containing the driver's license

5  of CD1. Additionally, investigators located empty plastic baggies consistent with

6  repackaging narcotics for further redistribution, an unloaded assault-style pistol with no

7  discernable serial number or manufacture markings with several loaded magazines next

8  to it. Investigators also located U.S. currency in various denominations.

9       32.     During an interview with CD1, CD1 stated that CD1 purchased narcotics

10  including cocaine, counterfeit M30 fentanyl-laced pills, and methamphetamine, for

11  distribution from a single supplier, who was later identified as Mauricio Romero

12  MARIA. CD1 stated CD1 would pay for the narcotics at the time of delivery and

13  purchased approximately one pound of methamphetamine, a few ounces of cocaine, and

14  between 2,000 to 3,000 counterfeit M30 fentanyl-laced pills once or twice a week from

15  MARIA. CD1 subsequently provided agents with verbal and written consent to assume

16  his identity and use his cell phone to text with MARIA in order to arrange a narcotics

17  transaction.

18       33.     On March 8, 2023, in an undercover capacity, investigators utilized CD1's

19  cellphone to order narcotics from MARIA. Investigators used the same verbiage that

20  CD1 had previously used in ordering narcotics via text from MARIA (investigators

21  believed they ordered 2,000 counterfeit M30 pills and one pound of methamphetamine).

22  MARIA responded and indicated that he could deliver the ordered requested by

23  investigators. Investigators surveilled MARIA from Tukwila to Federal Way, WA, where

24  CD1's residence is located. MARIA was seen driving a black Mercedes Benz sedan.

25  Once MARIA arrived at CD1's residence, investigators arrested MARIA and took him

26  _____

27  (1998), possession of cocaine (2002, 2007), rendering criminal assistance in the first degree (2003), and close to 20 non-felony convictions consisting primarily of domestic violence and driving offenses.

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 13

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

into custody. Subsequent to the arrest, investigators observed a clear bag containing suspected methamphetamine on the front passenger seat in plain view inside the Mercedes. Agents conducted a probable cause search of the Mercedes and located approximately 10,000 counterfeit M30 suspected fentanyl-laced pills, 1.8 kilograms of suspected methamphetamine, smaller amounts of suspected cocaine and heroin, and $18,761 in U.S. currency.

34.    During an interview, MARIA provided investigators with the number of one of his sources of supply for narcotics as 323-841-6393 (hereinafter referred to as TT13). MARIA described the source of supply as a Hispanic male in his mid-20's and a little taller than MARIA, which matches the description of Hector Jacobo DURAN ALDACO. MARIA stated that the source of supply brings drugs from California and that MARIA purchases approximately 10,000 fentanyl pills and five pounds of meth at a time from this source. Toll analysis of TT13 showed that TT13 was activated on February 4, 2023, two days after investigators arrested and interviewed MUSE as detailed above. Toll analysis showed that TT13 had 17 shared contacts with TT4 including 253-389-7962 (TT12). Records show that TT12 is subscribed to Enrique PINA-RAYMONDO at 18225 SE 416th St, Enumclaw, WA 98022. Based on this information investigators believe that that TT13 is a replacement phone for TT4 and both were being used by the same individual, DURAN ALDACO.

35.    During a subsequent interview, MARIA stated he had additional quantities of narcotics stored in his bedroom (6210 S 153rd Street, #5, Tukwila, Washington) and a firearm. MARIA provided verbal and written consent to search his cellphone and his bedroom. The search produced approximately 70,000 counterfeit M30 suspected fentanyl-laced pills, 1.3 kilograms of suspected methamphetamine, 2.3 kilograms of suspected cocaine, more than half a pound of suspected heroin, hundreds of suspected counterfeit Xanax pills, one purple and silver handgun bearing serial number BYWK996 on the slide,

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 14

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  over $40,000 in U.S. currency, and a second cell phone. The suspected narcotics were not

2  field tested but were sent to the DEA laboratory for analysis.

3      36.    Investigators located WhatsApp conversations between MARIA and TT13.

4  The contact's name for TT13 was saved as "Aguas Azulez Perico Nuevo Numero Del

5  Compa." "Aguas" translates from Spanish to English as "water." Based on my training and

6  experience, "water" is common slang term used among drug dealers for methamphetamine.

7  "Azulez" is believed to be "Azules," which translates to "Blues" from Spanish to English.

8  Based on my training and experience, "Blues" is a common slang term used among drug

9  dealers for blue M30 fentanyl pills. "Perico" translates from Spanish to English as

10 "Parakeet." However, I know that "Perico" is a common slang term used by drug dealers

11 for cocaine. The literal translation of the contact's name "Aguas Azulez Perico Nuevo

12 Numero Del Compa" to English is "Waters Blues Parakeet New Number Of The Friend."

13 I believe that MARIA saved this number as the new number of his source of supply for

14 methamphetamine, fentanyl pills, and cocaine. A review of the conversation between

15 MARIA and TT13 indicated that MARIA and the user of TT13 were discussing the price

16 and coordinating the purchase of narcotics.

17     37.    Investigators believe that MARIA was being supplied with narcotics by

18 DURAN ALDACO and DURAN ALDACO was using his newest number (at that time),

19 TT13, to communicate with MARIA. Investigators believe that DURAN ALDACO is

20 managing large sales of narcotics to local distributors such as MARIA.

21 Information Provided by Confidential Source 2 (CS2)

22     38.    On May 11, 2023, investigators interviewed CS2.[6]  CS2 provided

23 information about the drug trafficking activities of Francisco PINA-CASTELLANOS

24 _____

25 [6] The information provided by CS2 in this investigation is based upon his/her participation in money pickups that
   he/she performed at the direction of law enforcement on May 29, 2020, and July 23, 2021. CS2 is a paid DEA
26 informant who is also working for immigration benefits. CS2 began working with the DEA in 2013. CS2's criminal
   history includes misdemeanor convictions for assault (domestic violence) and harassment (domestic violence), from
27 more than 15 years ago, an arrest for DUI from more than 15years ago, an arrest for illegal entry/false documents
   from more than 15 years ago -resulting in administrative removal from the United States, and another arrest for

AFFIDAVIT OF SA JACOB MOLINAR                              UNITED STATES ATTORNEY
USAO No. 2023R00323 - 15                                   700 STEWART STREET, SUITE 5220
                                                           SEATTLE, WASHINGTON 98101
                                                           (206) 553-7970

1  and his three sons, Francisco, Enrique and Damian PINA-RAYMUNDO. CS2 stated that

2  the PINA-RAYMUNDO brothers worked for their father bringing narcotics from

3  California and disturbing them in the greater Seattle area. CS2 also stated that the PINA-

4  CASTELLANOS family had a great deal of bulk cash that they kept somewhere in the

5  Kent, WA area. CS2 shared with investigators how a member of the PINA-

6  CASTELLANOS family had complained to CS2 about spending long hours counting

7  cash. Based on my training and experience, it is common for narcotics traffickers to deal

8  with bulk cash in order to avoid using financial institutions where their activities may be

9  flagged as money laundering.

10  Snapchat Return on Account "J.Thraxio" used by Hector Jacobo DURAN ALDACO

11      39.    On May 30, 2023, investigators received a return for a Snapchat account for

12  the username of "j.thraxio." Investigators observed several photos and videos of

13  individuals brandishing firearms and large amounts of cash. One of the individuals in the

14  Snapchat content was identified by investigators as Enrique PINA-RAYMUNDO by

15  using his Department of Licensing photo. Investigators were also able to identify

16  different individuals using the snapchat username accounts that were in contact with

17  DURAN ALDACO through a Snapchat group chat or individual direct messages. Some

18  of those individuals include: Enrique, Francisco, and Damian PINA-RAYMUNDO,

19  Brian LOPEZ (the same LOPEZ discussed above), and Raul Duran ALDACO (Hector

20  Jacobo DURAN ALDACO's brother).

21  "Narcocorridos[7]" Dedicated to Members of the DTO

22

23  _____

24  illegal entry from more than 15 years ago - which also resulted in administrative removal from the United States.
CS2's information has been instrumental in the seizure of large amounts of illegal drugs and drug proceeds. CS2's

25  information has led to multiple investigations into large-scale money laundering organizations. To my knowledge,
CS2 has not provided false information during this, or in other investigations.

26  [7] A Narcocorrido is a genre of Mexican music that mostly uses a danceable, polka rhythmic base. These songs
expand on the life and the exploits of drug traffickers. Given the collective contents of the song, investigators

27  believe that this song can be classified as a Narcocorrido.

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 16

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

40.    Investigators learned through the course of this investigation that there are two songs[8] which seemingly reference members of the PINA-CASTELLANO family, including Damian PINA-RAYMUNDO whom investigators believe are part of the Jay Thrax DTO. These songs are in the public domain and are accessible through mainstream media outlets such as YouTube and Spotify. Based on my training and experience, it is common for members of DTOs to pay for the services of a band to create and play a song dedicated for themselves or others. The song mentions the nicknames (as discussed of the three brothers, Enrique (Kike), Francisco (Cisco), Damian (Comandante Demon) PINA-RAYMUNDO, and their father, Francisco PINA-CASTELLANOS (Martillo).

41.    As of September 12, 2023, the **Target Account** (With a skull emoji on each end) follows the official Instagram pages for both band groups who sing the songs. These band group's Instagram profiles are also following the **Target Account** back.

42.    The first song is titled "Comandante Demon" (Commander Demon). The song is structured in different points of views including Commander Demon's. It mentions "Kike (Enrique) and "Cisco" (Francisco) as the brothers of Commander Demon, presumably Damian. The song's lyrics states that Commander Demon's (Damian) father sent for him and said "You are already old, you are going to learn how to work". Investigators believe that this part of the song refers to Damian being educated in the ways of narcotics trafficking. The song also states that Commander Demon is the son of "Martillo" and that "we are here at 100 following his [Martillo's] footsteps." Francisco PINA-CASTELLANOS was arrested in 2019 by the Renton, WA Police Department for controlled substance distribution. At one point in the song, Commander Demon calls themselves "muleteers." Investigators believe that by describing themselves as muleteers,

---

[8] Unless stated otherwise the portions of this affidavit that discuss Spanish to English translations were done by me. I am fluent in both Spanish and English and I am familiar with the Spanish nomenclature including with those used in a drug trafficking context. Unless otherwise noted, the translated portions of words, and sentences discussed in this document reflect the closest English translation or its English equivalent based on my knowledge and experience. The nicknames that are discussed in this affidavit are spelled out based on my knowledge and experience and may be different from how their respective users spell them.

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 17

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

they act as drug mule handlers. The song also states that Commander Demon is transiting in Seattle. The song mentions that Commander Demon sometimes drives luxurious cars and that his horse(s) have been successful in the races. The song also makes references to firearms, and how Commander Demons wears name brand clothing. The song makes references to La Santa Muerte (Holy Death or Saint Death). The song states "Because there I bring to the Holy Death, if I put it (her) in front of them, their luck will run out. I entrust myself to the "calaca" [a figure of a skull or skeleton], to protect me I always ask my skinny lady."  I know that the Holy Death is a female deity found in Mexican folk Catholicism and is considered a personification of death. Based on my own knowledge and research, I know that the Holy Death is a common spiritual icon found among members of drug cartels and other Mexican criminal organizations. Holy Death is often depicted as a hooded skeleton dressed in different colors and holding objects in her hands such as a scythe and the earth.

43.     The statements from this song corresponds with the information investigators have gathered from CS2. According to CS2, the Jay Thrax DTO's members (including the PINA-RAYMUNDO brothers) take turns traveling to California using rental vehicles in order to pick up narcotics from Mexican sources of supply (SOS) that have extensions in California. These DTO members then transport the narcotics into the greater Seattle, Washington area for distribution. The drivers and the occupants of these drug runs act as drug "mules" and the leaders of the Jay Thrax DTO act as the "muleteers" just as the song describes. We know from social media pictures that the leaders of the Jay Thrax DTO like to have and appear to use luxurious cars, wear high end clothes, wear flashy jewelry and have several firearms. We also know from CS2's information that the PINA-RAYMUNDO family has their own horse race team and they are heavily involved in horse racing in the Emerald Downs Casino.

44.     The second song is titled "Los Tres Hermanos" (The Three Brothers). The song is structured in different points of views including the point of view of the subjects

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 18

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of the songs, the three brothers. This song describes the brothers as "three blood brothers who are in the contraband." Investigators believe that the contraband mentioned in this song refers to narcotics. By saying the brothers are in the contraband, investigators believe the singer is referring the illicit narcotics trafficking business. This song then explains that they (the three brothers) are always behind the wheel in an Escalade or a car and that the freeways know them because they are always trafficking them. This again corresponds with information from CS2: Members of this DTO, including the three brothers, travel in vehicles to southern states such as California to acquire narcotics and transport them back north to the greater Seattle, WA area for distribution. The song then states the brothers as sometimes being in California but that they reside in Seattle. This corresponds with images investigators have observed from the **Target Account,** California was a location added to the photos. The song then lists three individuals, Kike, Cisco, and Damian. These are the same nicknames used in the song described above on paragraph 42. The song then describes Damian as the youngest, but that he gets "activated" quickly. The song follows by saying "El Comandante Demonio" (The Commander Demon) will give his life for his brothers. The song also states how their father is called "Martillo", and that he supports them and they support him. The song also states how "1911" are the squads they are carrying. Investigators believe that this is referencing a specific kind of firearm. The 1911 is a well-known design for a semi-automatic pistol. The song also states: "True Religion and also Gucci well that's what we work for, we risk our skins against the law by trafficking." Investigators believe that by referencing these name brand clothing lines as the reason why the three brothers are risking their own skin by trafficking, it is strongly implying that the brothers are acquiring monetary means in an illegal manner. In this case trafficking narcotics. The song then adds "If it's not in an Escalade in a Mercedes we ride. Kent town next to Seattle is where we are controlling."

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 19

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Interview of CS3

45.     On June 8, 2023, investigators interviewed Confidential Source 3 ("CS3") . CS3 informed investigators that in late April 2023, a vehicle carrying a load of narcotics destined for Seattle, WA for DURAN was intercepted and narcotics in the vehicle were seized. Based on this information, investigators contacted California Highway Patrol (CHP) and requested reports and evidence pertaining to a seizure of narcotics on April 25, 2023. Per CHP reports, CHP officers pulled over a vehicle for traffic infractions and established reasonable suspicion to conduct a K-9 sniff. The K-9 alerted to the presence of narcotics and CHP conducted a search of the vehicle. CHP located and seized approximately 104 pounds of methamphetamine and 25 pounds of suspected fentanyl laced blue M30 pills. CHP arrested the four occupants of the vehicle, including Jonnatan CISNEROS and Juan David CARMONA TOVAR. Investigators had previously identified CISNEROS as an associate of DURAN, which corroborated the information gave by CS3. During the interview of CS3, CS3 stated that Sebastian Esquivel ROJAS was an associate of DURAN and assisted in the distribution of narcotics in the greater Seattle area.

46.     CS3 was a DEA informant who was working for legal considerations in an open federal drug trafficking conspiracy case. CS3 was not financially compensated for their assistance to date. CS3 began working with the DEA in 2022. In exchange for acting as a confidential source, CS3 had not been adjudicated on the pending case. To my knowledge the information CS3 has provided to me in the past has proved to be true and reliable. CS3's assistance has led to the identification of narcotics trafficking methods, and corroborated law enforcement intelligence on drug trafficking activities warrant. Illegal drugs and US currency was located and recovered in these instances. CS3 has been arrested for DUI and distribution of controlled substances. CS3 is also familiar with controlled substances through association with persons who use/sell controlled

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 20

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    substances. CS3 was told that providing false or misleading information would result in

2    the termination of our agreement.

3        47.    In August 2023, DEA agents were contacted by a Kent Police Department

4    detective regarding CS3. Officer Nicholas Luntz informed DEA agents that CS3 was

5    under investigation for impersonating a law enforcement officer. Officer Luntz told DEA

6    agents that he made contact with CS3, who informed Officer Luntz that CS3 was

7    working with DEA. During the conversation, CS3 told Officer Luntz that s/he was

8    working "in the field" in California with their "co-workers" and that they were away

9    from their computer. CS3 then asked Officer Luntz if he could run a "warrants check" on

10   a specific individual, CS3's ex-dating partner. When confronted by DEA agents, CS3

11   admitted to the conduct. Shortly after being provided this information CS3 was

12   terminated as a DEA informant. The information detailed in this affidavit was provided

13   by CS3 prior to his contact with the Kent Police Department, and I believe that this

14   information is still reliable because it was verified through other sources such as database

15   checks, toll records, and information received through Court orders.

16   Social Media Photos From Damian PINA-RAYMUNDO's Social Media

17       48.    Throughout the course of this investigation, investigators have observed

18   social media photos from the **Target Account**. The most recent media investigators

19   reviewed from the **Target Account** was on November 8, 2023.

20       49.    The photos from this account include a picture taken from the point of

21   view of the driver, presumably Damian, who is behind the wheel of a Toyota on a road

22   with a location tag as "California." Another photo was taken from the point of view of an

23   individual, presumably Damian, sitting in the driver seat inside of a Mercedes vehicle.

24   The driver can be seen with several thousands (mostly $100 bills) of dollars being held

25   by the drivers left hand and spread across the thighs of the driver. It appeared as if the

26   currency was placed in a manner as to fully display the entire amount of currency.

27   Investigators reviewed another photo taken from the inside of what appears to be the

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 21

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

same Mercedes vehicle. This image was from the point of view of the driver, presumably Damian. The vehicle appears to be on the road and the driver has what looks like a diamond plated watch. There is also a 1911 style handgun laid out on the driver's leg. This is the same handgun style named in the song described on paragraph 44 as the "squads" that the three brothers carry. The caption of the image states "FREE SICA FREE KARMA FREE THE FAMILY." These are the nicknames for Jonnatan CASTELLANOS CISNEROS and Juan David CARMONA TOVAR who had been incarcerated due to drug trafficking related charges in the state of California as described in paragraph 45. Investigators believe that the U.S. currency shown in the social media photos of Damian PINA-RAYMUNDO are narcotics trafficking proceeds. Investigators further believe that Damian PINA-RAYMUNDO is directly involved with the narcotic trafficking based on the above described information. Investigators reviewed another photo where two individuals, presumably Damian PINA-RAYMUNDO and Alex ESTRADA, are standing facing the camera. The user of **Target Account** tagged another Instagram user by the vanity username of @ALEX_ESTRADA556. Both individuals have their faces covered with emojis and both are holding what appears to be large amounts of US currency up to their ears. Another photo from **Target Account** shows a male, presumably Damian, with the majority of his face covered with a skull emoji. The males holding what appears to be large amounts of US currency being held by rubber bands in both hands and holding them up to his ears. There are also large amounts of US currency laid out on the counter behind the male. Investigators also reviewed another photo from the **Target Account** that was posted on or around August 21st, 2023. The photo shows an unknown individual, presumably, Damian PINA-RAYMUNDO, covering his face with approximately 14 stacks of folded US currency.

50.    On October 10, 2023, investigators reviewed a photo posted on the **Target Account** that same day. The picture was taken from the point of view of a driver of a vehicle. The driver has his left hand on the wheel and is presumably using his right hand

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 22

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to take a picture of the center counsel area. There are several bundles of U.S. cash currency wrapped in reddish rubber bands. The bands are stacked on top of each other with a one-hundred-dollar bill on top. The caption of the photo says "HOY NOMAS", which translates to: "Only today". In the rearview mirror, there is a small toy race jockey riding a horse dangling next to a rosary. As discussed below, Damian and his family are involved in race horsing and based on the findings of the investigation, him and his family are Catholics. There is also a screen on the dashboard that appears to show the greater Seattle area. Investigators know that individuals involved in the narcotics trafficking business will sometimes show off their exploits, clothing, firearms, and in this case, currency on social media. Investigators believe that Damian PINA-RAYMUNDO posted this photo on his Instagram story series as a way of showing off drug trafficking proceeds. This is one of the latest of a series of photos investigators believe Damian PINA-RAYMUNDO has posted in his Instagram account.

51.     On November 11, 2023, investigators reviewed a video posted on the **Target Account** that same day. The video displayed one semi-automatic style rifle, four handguns (two of them are 1911 style handguns), ammunition, pistol magazines, and a key fob, on a white flat service. The video had a caption saying "My babies" along with emojis. The key fob strongly resembles a Mercedes logo based on investigator's research online. The 1911 style handguns are referenced in the songs listed above.

52.     On approximately July 7, 2023, investigators received a return of a 2703(d) request of Damian's Facebook account (Comandante Demon, Facebook ID: 1000094120) and learned the Facebook account has an associated number of 253-398-0204 (hereinafter referred to as Target Telephone 15 or TT15), and an email of damian.pina.39@gmail.com.

53.     Investigators also reviewed Facebook photos from the Facebook profile of Damian PINA-RAYMUNDO with a profile name of "Comandante Demon." Images show Damian PINA-RAYMUNDO with what appear to be racehorses. There is also an

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 23

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

image of an individual, presumably Damian, walking with a horse. The individual has a black jacket and a black hat that states: "TEAM MARTILLO SEATTLE, WA".

54.     Investigators also observed an image of a large statue of "La Santa Muerte." The statue is sitting down on a dark seat, holding the earth in her left hand and a Scythe in her right hand. This corresponds with the lyrics of the song discussed above. As the Facebook picture indicates, Damian PINA-RAYMUNDO is associated in some manner with "La Santa Muerte" [the Holy Death]. Investigators also reviewed Facebook photos from the profile of Raul Duran ALDACO (Facebook Profile ID:105165949918771, Profile name of "Raul Duran"), the younger brother of Hector Jacob DURAN ALDACO, aka Jay Thrax. One of the photos shows a group of young men in a party-like scene. Investigators were able to identify Hector Jacobo DURAN ALDACO, Raul Duran ALDACO, Brian LOPEZ, and two of the brothers, Damian and Francisco PINA-RAYMUNDO from the group photo. Francisco PINA-RAYMUNDO is seen wearing a black hat that has "701 El Chaptio" in gold letters. The number 701 refers to the rank Juaquin GUZMAN LOERA (El Chapo), was once given in Forbes list of the riches people. "701" is also common reference to El Chapo in song lyrics. Investigators believe that the individuals in the group photo are all part of the Jay Thrax DTO and are currently working together in order to continue acquiring, transporting, and distributing illegal narcotics to the greater Seattle area.

55.     Based on the images and videos investigators have observed from the **Target Account** and Damian's Facebook account, investigators believe that there is media content in the **Target Account** that is related to narcotics trafficking and/or can provide investigators with further evidence regarding the illicit narcotics activities of the Jay Thrax DTO and its members. Investigators sent a preservation letter to Meta for the **Target Account** on May 19, 2023.

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 24

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 <u>Jail Calls from Juan David CARMONA TOVAR</u>

2     56.    Throughout the course of this investigation, investigators have reviewed

3 calls made by CARMONA TOVAR from the Merced County John Latorraca

4 Correctional Facility. CARMONA TOVAR was one of the individuals that was arrested

5 on narcotics charges as discussed above on paragraph 45. Call records show that

6 CARMONA TOVAR made an outbound call on April 27, 2023, to 559-323-9121. An

7 unidentified Spanish speaking male answered the call (hereinafter referred to as UM1).

8 UM1 and CARMONA TOVAR spoke to one another as if they knew each other. At

9 times, UM1 referred to CARMONA TOVAR as "Mi CARMONA" (which, translated[9]

10 from Spanish means: My CARMONA). At one point in the phone call, UM1

11 asked CARMONA TOVAR if CARMONA TOVAR would like UM1 to pass along

12 "Carlos's" number. CARMONA TOVAR stated that CARMONA TOVAR already had

13 Carlos's phone number. CARMONA TOVAR asked UM1 if UM1 has "Kike's" or

14 "Pelon's" phone number. UM1 told CARMONA TOVAR that UM1 has "Martillo's"

15 number. CARMONA TOVAR replied by saying "No pos pa' que verda?" Which,

16 translated from English to Spanish, means "No, well what for, right?" UM1 then stated

17 that UM1 had two phones for "Martillo." UM1 suggested that CARMONA TOVAR call

18 "Carlos" to get Kike's and Pelon's number.

19     57.    Based on collective information from CS2 and CS3, investigators know

20 that Francisco PINA-RAYMUNDO uses the nicknames "Pelon" and "Cisco," Enrique

21 PINA-RAYMUNDO uses the nickname "Kike," Damian PINA-RAYMUNDO uses the

22 nickname "Comandante Demon" (which translates from Spanish to English as

[9] Unless stated otherwise the portions of this affidavit that discuss Spanish to English translations were done by me. I am fluent in both Spanish and English and I am familiar with the Spanish nomenclature including with those used in a drug trafficking context. Unless otherwise noted, the translated portions of words, and sentences discussed in this document reflect the closest English translation or its English equivalent based on my knowledge and experience. The nicknames that are discussed in this affidavit are spelled out based on my knowledge and experience and may be different from how their respective users spell them.

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 25

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

"Commander Demon"), and their father, Francisco PINA-CASTELLANOS uses the
nickname "Martillo" (which translates from Spanish to English as a "Hammer").

58.    Investigators believe that CARMONA TOVAR was in California picking
up a large load of narcotics from California and bringing it back to the greater Seattle,
WA area in order to supply the Jay Thrax DTO. By using their nicknames investigators
believe that CARMONA TOVAR is a member of the Jay Thrax DTO and is associated
with its other members, Francisco PINA-RAYMUNDO, Enrique PINA-RAYMUNDO,
and Damian PINA-RAYMUNDO. Investigators believe that statements made during the
jail calls indicate a strong association to the PINA-RAYMUNDO family to include
Francisco PINA-CASTELLANOS, also known as, Martillo.

59.    Investigators reviewed another series of calls made on April 28, 2023, by
CARMONA TOVAR from the same correctional facility as mentioned above. The
number that was dialed from CAMRONA TOVAR's phone line was Target Telephone
15, a suspected previous phone number used by Damian PINA-RAYMUNDO. These
were a series of consecutive calls[10] between CARMONA TOVAR's phone line and
Target Telephone 15. During one of the phone calls CARMONA TOVAR expresses to
Damian the difficulties of being incarcerated. Damian tells CARMONA TOVAR that
"we are your family, usted no se augite de nada, you know we got'chu". The Spanish
portions translate to: You don't worry about anything." CARMONA TOVAR then tells
Damian "¿Dile aquel que no se olvide de uno a la verga, you know?" Which translates to:
Tell that guy to not forget about one, to the dick[11], you know? Damian then responds in
Spanish, "I know, bro. What was I going to tell you, and that's for sure, that's for sure,

---

[10] Some of the conversations described in this affidavit were done in both English and Spanish. I provided the
translation and/or the closest English equivalent to what is being said. The written translations may be mixtures of
the English and Spanish conversations the individuals said.

[11] The Spanish term "A la verga" is used to add emphasis to the phrase it is being used in. In this case it can be
understood as: I'm being serious.

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 26

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

that's for sure" CARMONA TOVAR tells Damian in Spanish "Because we are counting on that, you feel me?" Investigators believe that when CARMONA TOVAR asked Damian to relay that message to the unnamed individual, CARMONA TOVAR was referring to Hector Jacobo DURAN ALDACO, the leader of the Jay Thrax DTO. Investigators believe that CARMONA TOVAR wanted DURAN ALDACO to keep CARMONA TOVAR in mind since CARMONA TOVAR and Jonnatan CASTELLANO CISNEROS were incarcerated for transporting narcotics for DURAN ALDACO. Damian then tells CARMONA TOVAR "Everyday I say that, everyday I tell him, you know what I mean?" Damian adds by saying "I will tell him to give you a hand and to bring you out, to the dick, bro because, you know, you already know old man. I wish you were here outside to talk so we can talk a and shit…" Investigators believe that CARMONA TOVAR and Damian deliberately refrain from using any names or identifiers when speaking about this unnamed individual, presumably DURAN ALDACO. They are aware that these jail calls are recorded and are subject to monitoring.

60.     Investigators also reviewed another call made to Target Phone 15 on April 28, 2023, by CARMONA TOVAR. A male, presumably Damian, answered, greeted CARMONA TOVAR and said in Spanish "I'll pass you to Cisco". Cisco is the nickname used by Francisco PINA-RAYMUNDO, Damian's brother. CARMONA TOVAR asked the males who he spoke to, presumably Cisco and Damian, to call "Mando" for CAMRONA TOVAR. Cisco explained to CARMONA TOVAR that Mando was hesitant about contacting CARMONA TOVAR. Cisco then quoted what Mando had said in Spanish: "No se pa'que quiere estar hable y hable", you know? "pa'que handa calentando" you know? Shit like that…" This translates in English to: I don't know why he wants to be calling and calling, you know? Why is he heating [things] up, you know? Shit like that. I know from my training and experience that individuals who are involved in a recent crime and are attempting to elude law enforcement detection will use the phrase "heated" as a word to describe the status of themselves or another individual. The

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

term "heated" is used to describe an induvial who has and/or feels they have a high index of suspicion of being detected by law enforcement for a crime they were involved in or associated with. This is also the case among Spanish speaking individuals. Investigators believe that Mando did not want to be contacted by CAMRONA TOVAR from jail because Mando did not want to be associated with the charges CARMONA TOVAR was facing. Later during the call, Cisco can be heard calling Damian before passing the phone to, presumably Damián PINA-RAYMUNDO. CARMONA TOVAR then calls the male on the line "Damian", and the two males, CARMONA TOVAR and Damian, then continue the conversation.

61.     Investigators also reviewed a jail call made on April 28, 2023, that was made to Target Telephone 15. Damian tells CARMONA TOVAR that Damian posted "Free Sica Free Carma Free the family" This correlates with the photo investigators reviewed as described on paragraph 49.

62.     Based on the collective phone conversations, investigators believe that the individuals who spoke to CARMONA TOVAR as well as the individuals named during these conversations are members and/or are associated with the Jay Thrax DTO. Target Telephone 15 was the 4th phone number CARMONA TOVAR called after being incarcerated. Investigators believe Damian PINA-RAYMUNDO is involved in narcotics trafficking and is associated with the illegal activities that CAMRONA TOVAR was involved in. Investigators believe that there is media content in the **Target Account** that is related to narcotics trafficking and/or can provide investigators with further evidence regarding the illicit narcotics activities of the Jay Thrax DTO and its members, those known and unknown.

//

//

//

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **BACKGROUND INFORMATION ABOUT INSTAGRAM**[12]

1

2      63.     Instagram is a service owned by Meta, a United States company and a

3 provider of an electronic communications service as defined by 18 U.S.C. §§ 3127(1) and

4 2510. Specifically, Instagram is a free-access social networking service, accessible

5 through its website and its mobile application, that allows subscribers to acquire and use

6 Instagram accounts, like the **Target Account** listed in Attachment A, through which

7 users can share messages, multimedia, and other information with other Instagram users

8 and the general public.

9      64.     Meta collects basic contact and personal identifying information from users

10 during the Instagram registration process. This information, which can later be changed

11 by the user, may include the user's full name, birth date, gender, contact e-mail

12 addresses, physical address (including city, state, and zip code), telephone numbers,

13 credit card or bank account number, and other personal identifiers. Meta keeps records of

14 changes made to this information.

15      65.     Meta also collects and retains information about how each user accesses

16 and uses Instagram. This includes information about the Internet Protocol ("IP")

17 addresses used to create and use an account, unique identifiers and other information

18 about devices and web browsers used to access an account, and session times and

19 durations.

20      66.     Each Instagram account is identified by a unique username chosen by the

21 user. Users can change their usernames whenever they choose but no two users can have

22 the same usernames at the same time. Instagram users can create multiple accounts and, if

23

24 _____

25 [12] The information in this section is based on information published by Meta on its Instagram website, including, but
not limited to, the following webpages: "Privacy Policy," https://privacycenter.instagram.com/policy/; "Information
26 for Law Enforcement," https://help.instagram.com/494561080557017; and "Help Center,"
https://help.instagram.com.

27

1   "added" to the primary account (here, the **Target Account**), can switch between the

2   associated accounts on a device without having to repeatedly log-in and log-out.

3   67.    Instagram users can also connect their Instagram and Facebook accounts to

4   utilize certain cross-platform features, and multiple Instagram accounts can be connected

5   to a single Facebook account. Instagram accounts can also be connected to certain third-

6   party websites and mobile apps for similar functionality. For example, an Instagram user

7   can "tweet" an image uploaded to Instagram to a connected Twitter account or post it to a

8   connected Facebook account or transfer an image from Instagram to a connected image

9   printing service. Meta maintains records of changed Instagram usernames, associated

10  Instagram accounts, and previous and current connections with accounts on Meta and

11  third-party websites and mobile apps.

12  68.    Instagram users can "follow" other users to receive updates about their

13  posts and to gain access that might otherwise be restricted by privacy settings (for

14  example, users can choose whether their posts are visible to anyone or only to their

15  followers). Users can also "block" other users from viewing their posts and searching for

16  their account, "mute" users to avoid seeing their posts, and "restrict" users to hide certain

17  activity and prescreen their comments. Instagram also allows users to create a "close

18  friends list" for targeting certain communications and activities to a subset of followers.

19  69.    Users have several ways to search for friends and associates to follow on

20  Instagram, such as by allowing Meta to access the contact lists on their devices to identify

21  which contacts are Instagram users. Meta retains this contact data unless deleted by the

22  user and periodically syncs with the user's devices to capture changes and additions.

23  Users can similarly allow Meta to search an associated Facebook account for friends who

24  are also Instagram users. Users can also manually search for friends or associates.

25  70.    Each Instagram user has a profile page where certain content they create

26  and share ("posts") can be viewed either by the public or only the user's followers,

27

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 30

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

depending on privacy settings. Users can customize their profile by adding their name, a photo, a short biography ("Bio"), and a website address.

71.    One of Instagram's primary features is the ability to create, edit, share, and interact with photos and short videos. Users can upload photos or videos taken with or stored on their devices, to which they can apply filters and other visual effects, add a caption, enter the usernames of other users ("tag"), or add a location. These appear as posts on the user's profile. Users can remove posts from their profiles by deleting or archiving them. Archived posts can be reposted because, unlike deleted posts, they remain on Meta's servers.

72.    Users can interact with posts by liking them, adding or replying to comments, or sharing them within or outside of Instagram. Users receive notification when they are tagged in a post by its creator or mentioned in a comment (users can "mention" others by adding their username to a comment followed by "@"). An Instagram post created by one user may appear on the profiles or feeds of other users depending on a number of factors, including privacy settings and which users were tagged or mentioned.

73.    An Instagram "story" is similar to a post but can be viewed by other users for only 24 hours. Stories are automatically saved to the creator's "Stories Archive" and remain on Meta's servers unless manually deleted. The usernames of those who viewed a story are visible to the story's creator until 48 hours after the story was posted.

74.    Instagram allows users to broadcast live video from their profiles. Viewers can like and add comments to the video while it is live, but the video and any user interactions are removed from Instagram upon completion unless the creator chooses to send the video to IGTV, Instagram's long-form video app.

75.    Instagram Direct, Instagram's messaging service, allows users to send private messages to select individuals or groups. These messages may include text, photos, videos, posts, videos, profiles, and other information. Participants to a group

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 31

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conversation can name the group and send invitations to others to join. Instagram users can send individual or group messages with "disappearing" photos or videos that can only be viewed by recipients once or twice, depending on settings. Senders can't view their disappearing messages after they are sent but do have access to each message's status, which indicates whether it was delivered, opened, or replayed, and if the recipient took a screenshot. Instagram Direct also enables users to video chat with each other directly or in groups.

76. Instagram offers services such as Instagram Checkout and Facebook Pay for users to make purchases, donate money, and conduct other financial transactions within the Instagram platform as well as on Facebook and other associated websites and apps. Instagram collects and retains payment information, billing records, and transactional and other information when these services are utilized.

77. Instagram has a search function which allows users to search for accounts by username, user activity by location, and user activity by hashtag. Hashtags, which are topical words or phrases preceded by a hash sign (#), can be added to posts to make them more easily searchable and can be "followed" to generate related updates from Instagram. Meta retains records of a user's search history and followed hashtags.

78. Meta collects and retains location information relating to the use of an Instagram account, including user-entered location tags and location information used by Meta to personalize and target advertisements.

79. Meta uses information it gathers from its platforms and other sources about the demographics, interests, actions, and connections of its users to select and personalize ads, offers, and other sponsored content. Meta maintains related records for Instagram users, including information about their perceived ad topic preferences, interactions with ads, and advertising identifiers. This data can provide insights into a user's identity and activities, and it can also reveal potential sources of additional evidence.

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 32

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

80.    In some cases, Instagram users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

81.    For each Instagram user, Meta collects and retains the content and other records described above, sometimes even after it is changed by the user (including usernames, phone numbers, email addresses, full names, privacy settings, email addresses, and profile bios and links).

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

82.    In this investigation, Damian PINA-RAYMUNDO has used various methods of communication including, but not limited to social media accounts, including the **Target Account**, to communicate about his (and his DTO's) drug trafficking activities and to also display evidence of such activity by way of photos, videos, messages, etc. In my training and experience, evidence of who was using Instagram and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above. This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion.

83.    The stored communications and files connected to an Instagram account also may provide direct evidence of the offenses under investigation. Based on my training and experience, instant messages, photos, and videos are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation. In addition, the user's account activity, logs, stored electronic communications, and other data retained by Meta can indicate who has used or controlled

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 33

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    the account. This "user attribution" evidence is analogous to the search for "indicia of

2    occupancy" while executing a search warrant at a residence. For example, subscriber

3    information, messaging logs, photos, and videos (and the data associated with the

4    foregoing, such as date and time) may be evidence of who used or controlled the account

5    at a relevant time. As an example, because every device has unique hardware and

6    software identifiers, and because every device that connects to the Internet must use an IP

7    address, IP address and device identifier information can help to identify which

8    computers or other devices were used to access the account. Such information also allows

9    investigators to understand the geographic and chronological context of access, use, and

10   events relating to the crime under investigation.

11        84.    Account activity may also provide relevant insight into the account owner's

12   state of mind as it relates to the offenses under investigation. For example, information on

13   the account may indicate the owner's motive and intent to commit a crime (e.g.,

14   information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting

15   account information in an effort to conceal evidence from law enforcement).

16        85.    Other information connected to the use of Instagram may lead to the

17   discovery of additional evidence. For example, the **Target Account** may reveal other

18   communication services used in furtherance of the crimes under investigation or services

19   used to move money between co-conspirators. In addition, information contained in the

20   **Target Account** can lead to the identification of additional co-conspirators.

21        86.    Therefore, Meta's servers are likely to contain stored electronic

22   communications and information concerning subscribers and their use of Instagram. In

23   my training and experience, such information may constitute evidence of the crimes

24   under investigation including information that can be used to identify the account's user

25   or users.

26   //

27   //

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 34

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **CONCLUSION**

87.    Based on the forgoing, I request that the Court issue the proposed search warrant.

88.    Pursuant to Title 18, United States Code, Section 2703(g), this application and affidavit for a search warrant seeks authorization to permit Meta, and its agents and employees, to assist agents in the execution of this warrant. Once issued, the search warrant will be presented to Meta with direction that it identifies the **Target Account** described in Attachment A to this affidavit, as well as other subscriber and log records associated with the account, as set forth in Section I of Attachment B to this affidavit. The presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Meta. Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

89.    The search warrant will direct Meta to create an exact copy of the specified account and records.

90.    I, and/or other law enforcement personnel will thereafter review the copy of the electronically stored data and identify from among that content those items that come within the items identified in Section II to Attachment B, for seizure.

91.    Based on my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize a variety of communications that identify any users of the **Target Account** and communications sent or received in temporal proximity to incriminating communications that provide context to the incriminating communications.

92.    This affidavit and application are being presented by reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 35

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**REQUEST FOR SEALING**

93.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

JACOB MOLINAR, Affiant
Special Agent
Drug Enforcement Administration

The above-named agent provided a sworn statement to the truth of the foregoing affidavit by telephone on 15th day of November 2023.

S. KATE VAUGHAN
United States Magistrate Judge

AFFIDAVIT OF SA JACOB MOLINAR
USAO No. 2023R00323 - 36

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT A**

**Account to be Searched**

This warrant applies to information associated with the Instagram account associated with Account Identifier 5314869686 (the **Target Account**) that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered at 1601 Willow Road, Menlo Park, California.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2

**ATTACHMENT B**

**Particular Things to Be Seized**

3    **I.   Section I - Information to be disclosed by Meta Platforms, Inc. ("Meta") for**
4    **search:**

5          To the extent that the information described in Attachment A is within the
6    possession, custody, or control of Meta, regardless of whether such information is located
7    within or outside of the United States, and including any messages, emails, records, files,
8    logs, or other information that has been deleted but is still available to Meta, or has been
9    preserved pursuant to a request made under 18 U.S.C. § 2703(f) on May 19, 2023, Meta
10   is required to disclose the following information to the government for the **Target**
11   **Account** or identifier listed in Attachment A:

12         A.      All business records and subscriber information, in any form kept,
13   pertaining to the **Target Account**, including:

14               1.      Identity and contact information (past and current), including full
     name, e-mail addresses, physical address, date of birth, phone numbers, gender,
15   hometown, occupation, websites, and other personal identifiers;

16               2.      All Instagram usernames (past and current) and the date and time
17   each username was active, all associated Instagram and Facebook accounts (including
     those linked by machine cookie), and all records or other information about connections
18   with Facebook, third-party websites, and mobile apps (whether active, expired, or
     removed);
19

20               3.      Length of service (including start date), types of services utilized,
     purchases, and means and sources of payment (including any credit card or bank account
21   number) and billing records;

22               4.      Devices used to login to or access the **Target Account**, including all
     device identifiers, attributes, user agent strings, and information about networks and
23   connections, cookies, operating systems, and apps and web browsers;

24               5.      All advertising information, including advertising IDs, ad activity,
25   and ad topic preferences;

26
27

6. Internet Protocol ("IP") addresses used to create, login, and use the account, including associated dates, times, and port numbers, from April 25, 2023, to present;

7. Privacy and account settings, including change history; and

8. Communications between Meta and any person regarding the **Target Account**, including contacts with support services and records of actions taken.

B. All content (whether created, uploaded, or shared by or with the **Target Account**), records, and other information relating to videos (including live videos and videos on IGTV), images, stories and archived stories, past and current bios and profiles, posts and archived posts, captions, tags, nametags, comments, mentions, likes, follows, followed hashtags, shares, invitations, and all associated logs and metadata, from April 25, 2023, to present;

C. All content, records, and other information relating to communications sent from or received by the **Target Account** from April 25, 2023, to present, including but not limited to:

1. The content of all communications sent from or received by the **Target Account**, including direct and group messages, and all associated multimedia and metadata, including deleted and draft content if available;

2. All records and other information about direct, group, and disappearing messages sent from or received by the **Target Account**, including dates and times, methods, sources and destinations (including usernames and account numbers), and status (such as delivered, opened, replayed, screenshot);

3. All records and other information about group conversations and video chats, including dates and times, durations, invitations, and participants (including usernames, account numbers, and date and time of entry and exit); and

4. All associated logs and metadata;

D. All content, records, and other information relating to all other interactions between the **Target Account** and other Instagram users from April 25, 2023, to present, including but not limited to:

1. Interactions by other Instagram users with the **Target Account** or its content, including posts, comments, likes, tags, follows (including unfollows, approved and denied follow requests, and blocks and unblocks), shares, invitations, and mentions;

2. All users the **Target Account** has followed (including the close friends list), unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow, and of users who have followed, unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow the Target Account;

ATTACHMENT B
USAO No. 2023R00323

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.    All contacts and related sync information; and

4.    All associated logs and metadata;

E.    All records of searches performed by the **Target Account** from April 25, 2023, to present; and

F.    All location information, including location history, login activity, information geotags, and related metadata from April 25, 2023, to present.

**Meta is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.**

## II.  Section II  - Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) and 846 (drug trafficking, conspiracy) and 18 U.S.C. § 1956 (money laundering), those violations involving Damian PINA-RAYMUNDO and occurring after April 25, 2023, including, for the account or identifier listed on Attachment A, information pertaining to the following matters:

(a)    Evidence (i.e., photos, videos, stories, messages, comments, and other communications) showing the distribution of illegal drugs, conspiracy to distribute controlled substances, the laundering of drug proceeds, and the possession of firearms in furtherance of drug trafficking activities among, but not limited to, members and suspected members of the Jay Thrax DTO;

(b)    Evidence indicating how and when the account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the account owner;

(c)    Evidence indicating the account owner's state of mind as it relates to the crimes under investigation;

(d)    The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

(e)    The identity of person(s) who communicated with the user ID about the sale, purchase, or distribution of controlled substances and/or related money laundering offenses and/or related firearms offenses, including records that help reveal their whereabouts.

ATTACHMENT B
USAO No. 2023R00323

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970